# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr1007-MMA |
|---|---|
| Plaintiff, | **ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| ADRIAN GOMEZ, | |
| Defendant. | |

WHEREAS in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title, and interest of the above-named defendant in specific properties of Defendant ADRIAN GOMEZ ("Defendant"), pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, 2461(c) as properties involved in the violation of Title 18, United States Code, Section 922(g)(1) as charged in Count 1 of the Superseding Information; and

WHEREAS, on or about October 24, 2019, Defendant pleaded guilty before Magistrate Judge Mitchell D. Dembin to Count 1 of the Superseding Information, which plea included consent to the forfeiture allegations of the Superseding Information, including forfeiture of the following:

a. One (1) F.N. (FN HERSTAL) Unknown Pistol, CAL: Unknown, SN: VA02037; and

b. Six (6) rounds Speer ammunition, CAL: 25; and

WHEREAS, on November 22, 2019, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, on or about July 11, 2018, the properties were administratively forfeited in the Southern District of California by the Bureau of Alcohol, Tobacco, Firearms, and Explosives; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received.

According, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. All right, title, and interest of Defendant ADRIAN GOMEZ in the following properties are hereby forfeited to the United States:

   a. One (1) F.N. (FN HERSTAL) Unknown Pistol, CAL: Unknown, SN: VA02037;

   b. Six (6) rounds Speer ammunition, CAL: 25.

2. The Court reaffirms the completed administrative forfeiture proceedings as to the aforementioned assets and therefore no ancillary proceedings or further forfeiture action is required in this case.

**IT IS SO ORDERED**.

DATED: May 6, 2020

HON. MICHAEL M. ANELLO
United States District Judge